UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MILRO SERVICES, INC.,

                Plaintiff,

-against-

ELIZABETH ARDEN SPAS LLC d/b/a RED DOOR
SPAS

                Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/08

07 CV 11377 (MGC)

STIPULATION TO EXTEND
TIME TO ANSWER
PLAINTIFF'S COMPLAINT

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that the time for Defendant Elizabeth Arden Spas, LLC d/b/a Red Door Spas to answer or otherwise respond to Plaintiff's Complaint is extended up to and including February 22, 2008.

Dated: New York, New York
       January 24, 2008

STEINBERG, FINEO, BERGER &
FISCHOFF, P.C.

By: _____
Francis G. Fineo, (FGF-8573)
*Attorney for Plaintiff*
40 Crossways Park Drive
Woodbury, New York 11797
(516) 747-1136
ffineo@sfbblaw

MELITO & ADOLFSEN P.C.

By: _____
Eleftherios Kravaris (EK-4579)
*Attorneys for Defendant*
Elizabeth Arden Spas LLC d/b/a Red
Door Spas.
233 Broadway, 28th Floor
New York, New York 10279
Tel. No.: (212) 238-8900
Fax No.: (212) 238-8999
tk@melitoadolfsen.com

S/
SO-ORDERED, U.S.D.J.
January 29, 2008