UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

MILRO SERVICES, INC.,

              Plaintiff,

    -against-

ELIZABETH ARDEN SPAS LLC d/b/a RED DOOR
SPAS

             Defendant.
----------------------------------------X

07 CV 11377

**STIPULATION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that the time for Defendant Elizabeth Arden Spas, LLC d/b/a Red Door Spas to answer or otherwise respond to Plaintiff's Complaint is extended up to and including March 7, 2008.

Dated: New York, New York
       February 21, 2008

**STEINBERG, FINEO, BERGER & FISCHOFF, P.C.**

By: _____
Francis C. Fineo, (FCF-8573)
Attorney for Plaintiff
40 Crossways Park Drive
Woodbury, New York 11797
(516) 747-1136
ffineo@sfbblaw

**MELITO & ADOLFSEN P.C.**

By: _____
Eleftherios Kiavaris (EK-4579)
Attorneys for Defendant
Elizabeth Arden Spas LLC d/b/a Red Door Spas.
233 Broadway, 28th Floor
New York, New York 10279
Tel. No.: (212) 238-8900
Fax No.: (212) 238-8999
tk@melitoadolfsen.com

SO-ORDERED, U.S.D.J.

February 21, 2008