UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILRO SERVICES, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ELIZABETH ARDEN SPAS LLC <br> d/b/a RED DOOR SPAS <br><br> Defendant, | Docket No.: 07 CV 11377 <br> (PAC) (GWG) ECF CASE <br><br> **RULE 7.1 STATEMENT** |

**PLEASE TAKE NOTICE**, that defendant, Elizabeth Arden Spas LLC ("Elizabeth Arden") by its attorney Melito & Adolfsen P.C., pursuant to Federal Rule of Civil Procedure 7.1 entitled "Disclosure Statement" identifies the following corporate parent: Elizabeth Arden Salon- Holding, Inc.

Dated: New York, New York

   March 7, 2008

                                    Yours, etc.,
                                    MELITO & ADOLFSEN P.C

                                    By: _____
                                    Louis G. Adolfsen (LGA-5431)
                                    *Attorneys for Defendant*
                                    *Elizabeth Arden Spas LLC*
                                    233 Broadway- 28th Floor
                                    New York, New York 10279
                                    (212) 239-8900

To: Francis C. Fineo (FCF-8573)
    STEINBERG, FINEO, BERGER & FISCHOFF, P.C.
    *Attorney for Plaintiff*
    *Milro Services, INC.*
    40 Crossways Park Drive
    Woodbury, New York 11797
    (516) 747- 1136

## CERTIFICATE OF SERVICE

I, Louis G. Adolfsen, hereby certify that on this 7th day of March, 2008 I caused true and correct copies of the foregoing **RULE 7.1 STATEMENT** to be served by First Class Mail upon

To:    Francis C. Fineo
       STEINBERG, FINEO, BERGER & BISCHOFF, P.C.
       *Attorney for Plaintiff*
       *Milro Services, INC*
       40 Crossway Park Drive
       Woodbury, New York 11797
       (516) 747-1136

Dated: March 7, 2008

                         Louis G. Adolfsen

63918-1