UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

Milro Services, Inc.                                    CASE MANAGEMENT PLAN

             Plaintiff (s)                     07 Civ. 11377 (MGC)

     - against -

Elizabeth Arden Spas, L. L. C.,
*doing business as* Red Door Spas

            Defendant (s)
-------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/08

     The Following Case Management Plan is entered, after consultation with the parties. This Plan is also a Rule 16 and Rule 26 (f) scheduling order as required by the Federal Rules of Civil Procedure.

| | |
|---|---|
| Estimated Length of time for Trial | One Week |
| Joinder of additional parties by | April 7, 2008 |
| Amend the pleadings by | May 29, 2008 |
| All motions other than summary judgment by | May 29, 2008 |
| Discovery: | |
| All discovery to be completed by | May 29, 2008 |
| Joint Pre-Trial Order to be submitted by | June 30, 2008 |
| Final Pre-Trial Conference is scheduled for | Wednesday September 10, 2008 at 11:00 am. |
| Trial: | Jury Trial October 2, 2008 at 10:00 am. |

     SO ORDERED.

Dated:   New York, New York
            July 23, 2008

                                        MIRIAM GOLDMAN CEDARBAUM
                                        United States District Judge